# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. ANGEL GARCIA                                    Docket No. 3:02CR00025(EBB)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Brendon M. Pierpaoli, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Angel Garcia who was sentenced to 18 months in prison for a violation of 18 U.S.C. § 473, Dealing in Counterfeit Obligations & Securities, by the Honorable Ellen Bree Burns, Senior United States District Judge sitting in the court at New Haven, Connecticut on November 1, 2002, who fixed the period of supervision of 3 years supervised release which commenced on February 23, 2004 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either in or outpatient, as determined appropriate by the United States Probation Office (USPO), which shall include urinalysis. Defendant shall pay some or all of the costs of any treatment as directed by the USPO; and 2) Defendant shall not associate with the Latin Kings or any other gang.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Charge # 1: Mandatory Condition - "The defendant shall not commit another federal, state, or local crime." On July 17, 2005, Mr. Garcia was arrested by Danbury Police and charged with False Reporting Incident 1st and Breach of Peace following the false report that someone was in possession of a gun and intending to shoot someone. Mr. Garcia is currently detained at the Bridgeport Correctional Center. This case is still pending in Danbury Superior Court and the next court date is scheduled for August 1, 2005. On August 8, 2004, Mr. Garcia was arrested by the Danbury Police and charged with Disorderly Conduct and Assault 3rd following an incident of domestic violence involving his girlfriend, Ivellisse Marquez. These charges were nolled by the Danbury Superior Court on June 23, 2005.

Charge # 2: Special Condition - "The defendant shall participate in a substance abuse treatment program, either in or out patient, as determined appropriate by the United States Probation Office (USPO), which shall include urinalysis. Defendant shall pay some or all of the costs of any treatment as directed by the USPO." On June 15, 2005, Mr. Garcia was admitted to the intensive outpatient treatment program at MCCA in Danbury, Connecticut. He failed to report to four treatment sessions in June 2005. He resumed treatment on June 30, 2005 however, he has not attended treatment since July 13, 2005. Mr. Garcia was unsatisfactorily discharged from his substance abuse treatment on July 20, 2005.

Charge # 3: Standard Condition - "The defendant shall notify the probation officer within 72 hours of any change in residence or employment." During a home visit on July 18, 2005, the probation officer was advised by Mr. Garcia's girlfriend, Ivellisse Marquez, that Mr. Garcia moved out of her home on July 14, 2005 and that he is not welcome to return to her home. Mr. Garcia was last seen by the probation officer on June 27, 2005.

**PRAYING THAT THE COURT WILL ORDER** the issuance of a warrant to serve as a detainer with the period of supervision tolled, bringing Mr. Garcia before this Court to show cause why his supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 2 day of August, 2005 and ordered filed and made a part of the records in the above case.

The Honorable Alan H. Nevas
Senior United States District Judge

Sworn to By

Brendon M. Pierpaoli
United States Probation Officer

Place  Bridgeport CT

Date  8/2/05

Before me, The Honorable Alan H. Nevas, Senior United States District Judge, on this 2 day of August, 2005, at Bridgeport, Connecticut, U.S. Probation Officer Brendon M. Pierpaoli appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Alan H. Nevas
Senior United States District Judge