**DOCKET NO. 3:02CR25(EBB)**

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN OF COMMUNITY CORRECTIONAL CENTER, BRIDGEPORT, CONNECTICUT AND THE UNITED STATES MARSHAL FOR THE DISTRICT OF CONNECTICUT OR ANY OF HIS PROPER DEPUTIES, G R E E T I N G S:

You are hereby commanded to turn over to the United States Marshal for the District of Connecticut, or any of his proper deputies, the body of ANGEL GARCIA, Inmate Number: 14648-014, now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshal for the District of Connecticut, or any of his proper deputies, may have the said ANGEL GARCIA, Inmate Number: 14648-014, before the Honorable Joan G. Margolis, United States Magistrate Judge, United States District Court for the District of Connecticut, 141 Church Street, New Haven, Connecticut, on Thursday, August 25, 2005 at 3:00 p.m., and f rom time to time thereafter as the case may be adjourned to, at which time the United States of America will prosecute the said ANGEL GARCIA, Inmate Number: 14648-014 for hearing on Revocation of Supervised Release. Immediately after prosecution has been concluded, the United States Marshal for the District of Connecticut, or any of his proper deputies, shall return the said ANGEL GARCIA, Inmate Number: 14648-014 to the Warden of Community Correctional Center, Bridgeport, Connecticut under safe and secure conduct.

| | |
|---|---|
| The following Writ is hereby allowed. Dated at Bridgeport, Connecticut, this _____ day of August, 2005. |     KEVIN F. ROWE<br>CLERK, U.S. DISTRICT COURT<br><br>_____<br>DEPUTY CLERK |

_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA    : | |
| : | |
| v.    : | DOCKET NO. 3:02CR25(EBB) |
| : | |
| ANGEL GARCIA    : | |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by James J. Finnerty, Assistant United States Attorney for the District of Connecticut, and respectfully informs this Honorable Court:

1. On Thursday, August 25, 2005 at 3:00 p.m., there will come before this Court, at New Haven, Connecticut, the criminal case of <u>United States v. Angel Garcia</u>, Docket No. 3:02CR25(EBB).

2. That the above named defendant, ANGEL GARCIA, Inmate Number: 14648-014 is charged in violation of Title 18, United States Code, Section 3583(e), Violation of Supervised Release.

3. That the said ANGEL GARCIA, Inmate Number: 14648-014 is now confined at the Community Correctional Center, Bridgeport, Connecticut.

4. That the said ANGEL GARCIA, Inmate Number: 14648-014 would be presented before the United States District Court for the District of Connecticut at said time and place so said defendant may be prosecuted for said offenses, and from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden of the Community Correctional Center, Bridgeport, Connecticut and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said ANGEL GARCIA, Inmate Number: 14648-014 at 3:00 p.m. on Thursday, August 25, 2005, before the Honorable Joan G. Margolis, United States District Magistrate Judge, United States District Court, 141 Church Street, New Haven, Connecticut, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JAMES J. FINNERTY
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
915 Lafayette Boulevard  Room 309
Bridgeport, Connecticut 06604
(203) 579-5596
FEDERAL BAR NO. ct15203

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | :ss: Bridgeport, August 24, 2005 |
| COUNTY OF FAIRFIELD | : |

Personally appeared before me, James J. Finnerty, Assistant United States Attorney for the District of Connecticut, to me known, who, on oath, states that he has read the foregoing application, that he is familiar with the content of the same, and that the same is true of his own knowledge, except as to such matters therein alleged on information and belief, and as to such matters, he believes them to be true.

_____
STEPHEN B. REYNOLDS
COMMISSIONER THE SUPERIOR COURT