# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT  NEW HAVEN
8/24/05  20
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

## APPEARANCE

UNITED STATES OF AMERICA                    CASE NUMBER:   3:02-cr-00025 (EBB)

V.

ANGEL GARCIA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:  ANGEL GARCIA

8/10/05
Date

CT-07317
Connecticut Federal Bar Number

203-777-7602
Telephone Number

203-777-7606
Fax Number

mmoscowitz@mg-lae.net
E-mail address

_____
Signature
MICHAEL L. MOSCOWITZ
Print Clearly or Type Name

7 ELM STREET
Address
NEW HAVEN, CT  06510

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Finety

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2