IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------x

UNITED STATES OF AMERICA  :  3:02 CR 25 (EBB)

v.  :

ANGEL GARCIA  :  DATE: AUGUST 25, 2005

---------------------------------------------------x

### ORDER OF DETENTION

By agreement of counsel, the Government's motion for pretrial detention is <u>granted, without prejudice</u> to defendant filing a motion for reconsideration, upon consultation with the United States Probation Office.

Dated at New Haven, Connecticut, this 25th day of August, 2005.

Joan G. Margolis
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)